UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 96-2066

_____

D. JOHNSON WILLIS,

Plaintiff - Appellant,

versus

TOWN OF TRENTON, NORTH CAROLINA; JOFFREE T.
LEGGETT, Individually and as Town Mayor;
CHARLES C. JONES, Individually and as Member
of Town Council; EDWARD EUBANKS, Individually
and as Member of Town Council; C. GLENN
SPIVEY, Individually and as Town Clerk; CAROL
M. HOOD, Personal Representative of the Estate
of James H. Hood; ANN BROCK, Individually and
as former Town Council Member; SHERI M. DAVEN-
PORT, Individually and as former Town Counsel;
JAMES R. FRANCK, Individually and as Town Tree
Expert,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-96-89-4-H)

_____

Submitted:  January 23, 1997        Decided:  January 29, 1997

_____

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

D. Johnson Willis, Appellant Pro Se.  Charles Christopher Henderson, Trenton, North Carolina; Dal Floyd Wooten, III, Kinston, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Willis v. Town of Trenton, NC, No. CA-96-89-4-H (E.D.N.C. July 24, 1996). We deny Appellant's motion to amend his notice of appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED